**Agustin PASTOR; et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 06–73386.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 18, 2006 *.

Filed Dec. 21, 2006.

Agustin Pastor, Santa Ana, CA, pro se.

Elena Pastor, Santa Ana, CA, pro se.

CAC–District, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, McKEOWN and FISHER, Circuit Judges.

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suit-

701

## MEMORANDUM **

Petitioners' motion to proceed in forma pauperis is granted. The Clerk shall amend the docket to reflect this status.

Respondent's unopposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The motion to reopen as to petitioner Agustin Pastor was barred by numerical limitations. *See* 8 C.F.R. § 1003.2(c)(2) (motions to reopen limited to one motion, with certain exceptions). The motion to reopen as to petitioner Elena Pastor was untimely. *See id.* (motions to reopen must be filed no later than 90 days after the date of the final order of removal). Accordingly, this petition for review is denied.

All other pending motions are denied as moot. The temporary stay of removal confirmed by Ninth Circuit General Order 6.4(c) shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

